IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| **FREIGHTCAR AMERICA, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al.,** <br><br> **Defendants.** | No.: 3:14-cv-00014-KRG <br><br> Hon. Kim R. Gibson <br><br> *Electronically filed* <br><br> PROPOSED ORDER |

## ORDER

AND NOW, this ____ day of _____, 2014, upon consideration of FreightCar's Motion for Leave to File Plaintiff's First Amended Complaint, and any opposition thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

BY THE COURT:

_____
Kim R. Gibson,
United States District Judge